COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Callie Sheard

Appellate case number:   01-15-01027-CV

Trial court case number:  2012-01222J

Trial court:                      313th District Court of Harris County

On December 7, 2015, relator, Callie Sheard, filed a petition for a writ of mandamus. Relator's petition fails to include a certification in compliance with Texas Rule of Appellate Procedure 52.3(j). *See In re Norman*, No. 01-10-00915-CV, 2011 WL 286159, at *1 (Tex. App.—Houston [1st Dist.] Jan. 27, 2011, orig. proceeding) (citing *In re Butler*, 270 S.W.3d 757, 758 (Tex. App.—Dallas 2008, orig. proceeding)). **Accordingly, if she desires to proceed with her original proceeding, relator must file a proper certification within 10 days of the date of this order.** If a proper certification is not filed, relator's petition for a writ of mandamus will be denied.

Further, relator has filed a "Motion to Stay Proceedings Pending Relator's Petition for Writ of Mandamus," requesting that we stay the trial court proceedings. The motion is **granted**. The trial court proceedings in cause no. 2012-01222J, *In the Interest of E.A.P., a Child*, in the 313th District Court of Harris County, are stayed. The stay is effective until disposition of the petition for a writ of mandamus or further order of this Court.

The Court requests a response to the petition from the real parties in interest. **The response, if any, is due to be filed with this Court no later than 14 days of the date of this order.**

It is so ORDERED.


Judge's signature: /s/ Russell Lloyd
                    ☒ Acting individually     ☐ Acting for the Court


Date:  December 8, 2015